| | |
|---|---|
| **From:** | Ken T <brokerken1@gmail.com> |
| **Sent:** | Monday, May 16, 2022 3:48 PM |
| **To:** | PAED Documents |
| **Subject:** | 22-cv-475 Reply Brief |
| **Attachments:** | Bk-AJX-Appeal -Turn Over-Reply Brief-5-16-2022.pdf |

**CAUTION - EXTERNAL:**

From Kenneth Taggart, Appellant

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.