# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH J. TAGGART, : | |
|     Movant/Appellant, : | |
| : | No.   22-cv-0475-JMY |
| vs. : | |
| : | |
| AJX MORTGAGE TRUST I, A : | |
| DELAWARE TRUST, WILMINGTON : | Bankruptcy No. 21-12476-AMC |
| SAVINGS FUND SOCIETY, FSB, : | |
| GREGORY FUNDING, LLC, GREAT AJAX : | |
| OPERATING PARTNERSHIP, LP, : | |
|     Respondents/Appellees. : | |

## **ORDER**

AND NOW, this 6th day of December, 2022, upon consideration of Appellees AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Gregory Funding, LLC, and Great Ajax Operating Partnership, LP' (collectively "Appellees"), Omnibus Response filed in Opposition to Debtor-Appellant Kenneth J. Taggart's "Motion Injunctive Relief or Stay," as well as Appellees' Cross-Motion to Dismiss Appellant's Appeals pending in at Docket Nos. 22-cv-01031, 22-cv-00586, and 22-cv-00475 (ECF No. 19), and an response thereto, it is hereby ORDERED that Appellant's Motion for Stay (ECF No. 16) is DENIED.

It is further ORDERED that Appellee's Cross-Motion is GRANTED, and the Appeals pending at Docket Nos. 22-cv-01031, 22-cv-00586, and 22-cv-00475 are hereby DISMISSED.

IT IS SO ORDERED.

                                                      BY THE COURT:

                                                     /s/ John Milton Younge
                                                    Judge John Milton Younge